UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Marina Gant, et al. v. Bayer Corporation, et al.* | No. 11-cv-11095-DRH |
| *Wendy Golden v. Bayer Corporation, et al.* | No. 11-cv-12060-DRH |
| *Deidre Lock, et al. v. Bayer Corporation, et al.* | No. 11-cv-11730-DRH |
| *Samantha MacKenzie v. Bayer Corporation, et al.* | No. 11-cv-12204-DRH |
| *Stacy Sims v. Bayer Corporation, et al.* | No. 12-cv-11501-DRH |

JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 21, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
Deputy Clerk

**Dated:** August 22, 2014

Digitally signed by David R. Herndon
Date: 2014.08.22 12:40:28 -05'00'

**APPROVED:**
   **CHIEF JUDGE**
   **U. S. DISTRICT COURT**